```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :    INFORMATION
                                 :
GARRY YVES DESIR,                :    06 Cr. ____
  a/k/a "Gary Yves Desir,"       :
  a/k/a "Gary Desir,"            :
  a/k/a "Garry Desir,"           :
  a/k/a "John Schweitzer"        :
  a/k/a "Roughneck Desir,"       :
  a/k/a "Yves Desir,"            :
  a/k/a "X Roughneck,"           :
  a/k/a "John Brinkman,"         :
  a/k/a "Christopher Vernon,"    :
  a/k/a "Jonathan J Jolivert,"   :
  a/k/a "Jonathan J Vernon,"     :
  a/k/a "Christopher Jolivert,"  :
  a/k/a "Christopher Verron,"    :
  a/k/a "John Desir,"            :
  a/k/a "Christopher Verron      :
        Desir,"                  :
  a/k/a "Gary Y Desir,"          :
  a/k/a "Christophe Vernon,"     :
  a/k/a "Gary Pierre,"           :
                                 :
                                 :
         Defendant.              :
- - - - - - - - - - - - - - - - x
```

**06CRIM. 498**

JUDGE BATTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 13 2006

COUNT ONE

The United States Attorney charges:

In or about April 2006, in the Southern District of New York and elsewhere, GARRY YVES DESIR, a/k/a "Gary Yves Desir," a/k/a "Gary Desir," a/k/a "Garry Desir," a/k/a "John Schweitzer" a/k/a "Roughneck Desir," a/k/a "Yves Desir," a/k/a "X Roughneck," a/k/a "John Brinkman," a/k/a "Christopher Vernon," a/k/a "Jonathan J Jolivert," a/k/a "Jonathan J Vernon," a/k/a

"Christopher Jolivert," a/k/a "Christopher Verron," a/k/a "John Desir," a/k/a "Christopher Verron Desir," a/k/a "Gary Y Desir," a/k/a "Christophe Vernon," a/k/a "Gary Pierre," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about August 29, 1989, of Unlawful Possession of a Class B Controlled Substance with Intent to Unlawfully Distribute, in Massachusetts Superior Court, Hampden Division, in violation of the General Laws of Massachusetts Chapter 94C, Section 32A(a), without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

2

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**GARRY YVES DESIR,**

Defendant.

**INFORMATION**

06 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GARRY YVES DESIR,

Defendant.

**INFORMATION**

06 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

---

RC
6/13/06

Def. Garry Yves Desir present w/counsel Deirdre Von Dornum, Steve Lee present for the gov't. Def. waives indictment and enters a plea of not guilty; time is excluded. Def. counsel requests medical attention for Def who has not rec'd attention for his condition since arrest. Def remains detained. F. Maas, USMJ